UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                                      )<br>)<br>QICHEN YUAN                              )<br>)<br>Defendants.                                   )<br>) | Case No. 25-MJ-1253-DLC |

MOTION IN OPPOSITION TO THE UNITED STATES' PETITION TO DETAIN THE
DEFENDANT PURSUANT TO 18 U.S.C. 3142

Now comes the defendant, Qichen Yuan to respectfully request this Honorable Court deny the request by the Government and release him on the following conditions;

1) GPS monitoring.

2) No unsupervised contact with anyone under 18.

3) Submit his passport to the Court prior to release.

4) No use of the internet for any purpose outside of work[1].  Specifically, the defendant cannot search, visit or utilize and dating, commercial sex or "chat room" websites, forums or groups.  This also includes a bar to any social media access such as Facebook, Instagram and Snapchat.

5) No use of any encrypted messaging applications such as Signal.

6) Provide probation access to his devices (phone, computer, tablet, smart television…) to confirm he is in compliance with items 4 and 5.

---

[1] This does not inlcude text messages, personal and work related emails, accessing financial acounts, bill pay, GPS and rideshare services.

7) Mental health evaluation and any follow up care if directed.  Releases to be signed and provided to probation.

*The defendant does not object to other conditions the Government and Honorable Court may request or require.

There is not clear and convincing evidence that the defendant poses a danger, or a preponderance of evidence that he will either not appear in court, or make any attempts to obstruct justice.  While the complaint and the defendant's actions on August 19th are certainly concerning and regrettable, they are not intrinsically dangerous on their face given all the factors present.  If anything, this was a grave error in judgement he deeply regrets.  Further, his initial flight at the sight of several law enforcement officers at the scene was an unfortunate, but understandable response.  The defendant was twice interviewed by two Federal Agents after his arrest.  He provided accurate biographical information while initially denying the reason for his visit to the location in question.  After waiving his right to counsel he was more forthcoming about his intentions to engage in commercial sex.  Upon his arrest the defendant provided the Federal Agents with the passcode to his cellular phone.  As of today's date a preliminary search of his phone was free of any child pornography or contact with known or advertised underage sex workers outside of the undercover Agent posing as a 15-year old on in this matter.

The defendant would reside with his wife in a known address in the city of Boston with their 11-month old child.  The defendant is a PhD in chemical biomechanics and is employed full time as such at a company in the city of Boston.  His research focuses on genetic therapy for diseases such as sickle cell anemia, Wilson's Disease and some cancer related illnesses.  He is the sole financial provider for his family as his wife is currently home with their young child.  He is lawfully in the United States and has no criminal record.  He has been peer reviewed and

published in his field numerous times and awarded and lauded for his research[2]. The defendant respectfully requests the Honorable Court deny the Government's request and release him on the above listed conditions.

>                                   Qichen Yuan
>                                   By His attorney,
>
>                                   _____
>                                   Kelli Porges, BBO# 659834
>                                   Iglehart & Porges
>                                   55 Union Street, 3rd FL
>                                   Boston, MA 02108
>                                   617-335-3398

August 27, 2025

## CERTIFICATE OF SERVICE

I hereby certify that I served the same via electronic mail this same day to AUSA Torey Cummings.

---

[2] Attachement A